IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CASE NO. 1:20-CR-00297 |
| CHANDRA NORTON | : |

**DEFENDANT NORTON'S UNOPPOSED**
**MOTION TO CONTINUE SENTENCING**

COMES NOW THE DEFENDANT, Chandra Norton, by and through her undersigned counsel, moves this Court for an order continuing sentencing in this case, which is currently set for January 24, 2024, to until at least April 22, 2024 (approximately 3 months) because of upcoming surgeries related to her current health conditions. In support thereof, counsel shows the following:

(1)

On November 12, 2020, Ms. Norton entered a negotiated plea of guilty in this matter. (Doc. 10). This Court set a sentencing date of February 16, 2021. (Doc. 11).

1

(2)

Since the inception of this matter, Ms. Norton has substantially cooperated in the investigation and prosecution of others. For example, as recently as December 2023, Ms. Norton testified in the trial of *United States v. Shelitha Robertson*, Case No. 1:22-CR-00432-SDG.

(3)

Ms. Norton has scheduled significant surgeries to begin on February 2, 2024.[1] In addition, Ms. Norton is the first patient on a waiting list to have her first surgery before that date should a cancelation arise.

(4)

The government does not oppose this motion and concurs in the request to continue Ms. Norton's sentencing hearing.

(5)

Based on the above and foregoing, Ms. Norton respectfully requests that this matter be continued for approximately 3 months, until on or around April 22, 2024.

---

[1] Of course, accompanying the surgeries are many concomitant preoperative appointments during the month of January 2024. If the Court wishes documentation supporting the schedule for the surgeries and appointments, as well as any background medical information about the surgeries themselves, Ms. Norton will provide such information to the Court *in camera*.

(6)

Accordingly, for the reasons set forth above, counsel requests that this Court grant the instant motion.  A proposed Order is attached.

Dated: January 3, 2024

                                                Respectfully submitted,

                                                */s/ Randy S. Chartash*
                                                Randy S. Chartash
                                                GA BAR NO.  121760
                                                Chartash Law LLC
                                                3151 Maple Drive, N.E.
                                                Atlanta GA 30305
                                                (404) 365-3884 (Ofc
                                                (404) 365-3885 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : |
| | :  CASE NO. 1:20-CR-00297 |
| | : |
| CHANDRA NORTON | : |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

Dated: January 3, 2024

                                                    */s/ Randy S. Chartash*
                                                    Randy S. Chartash
                                                    Attorney for Defendant

Chartash Law LLC
3151 Maple Drive, N.E.
Atlanta GA 30305
(404) 365-3884 (Ofc)
(404) 365-3885 (Fax)